IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERESA K. TOLLESON                                                    PLAINTIFF

v.                           Case No. 4:12CV00406 SWW

MICHAEL J. ASTRUE, *Commissioner*,
Social Security Administration                                       DEFENDANT

## ORDER TO TRANSFER

On July 3, 2012, Plaintiff filed a Complaint pursuant to 42 U.S.C. § 405(g), seeking judicial review of a decision of the Commissioner of the Social Security Administration.  In Plaintiff's Complaint, she stated that she is a resident of Jasper, Arkansas, which is located in Newton County.  Newton County is under the jurisdiction of the United States Western District of Arkansas.

A Plaintiff's action seeking judicial review of the Commissioner's decision "shall be brought in the district court of the United States for the judicial district in which the plaintiff resides[.]" 42 U.S.C. § 405(g).  Since Plaintiff resides in Newton County, Arkansas, venue properly lies in the Western District of Arkansas.  As such, the Court finds that the interests of justice would best be served by transferring the present action to the United States District Court for the Western District of Arkansas.  The Court directs the Clerk to make an immediate transfer of this action to the Western District.

Accordingly, the Motion to Transfer is GRANTED.

IT IS SO ORDERED this 17th day of October, 2012.

_____
UNITED STATES MAGISTRATE JUDGE